GALLIAN, WILCOX,
WELKER, OLSON & BECKSTROM, L.C.
Michael I. Welker #016081
965 East 700 South, Suite 305
St. George, UT 84790
Telephone: (435) 628-1682

<u>Attorneys for Plaintiffs</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CLAYTON TAYLOR and KRYSTAL TAYLOR, individuals, | **COMPLAINT** |
| Plaintiffs, | *Jury Demand* |
| vs. | |
| RE-CREATION RETREAT, LLC, an Arizona limited liability company, and RANDY SODERQUIST, an individual, | Case No. 3:09-cv-08085 |
| Defendants. | |

Plaintiffs, through counsel, Michael I. Welker of GALLIAN, WILCOX, WELKER, OLSON & BECKSTROM, L.C., hereby complains against the above-named Defendants, allege as follows:

1. Plaintiffs are currently residents of the state of Utah but were formerly residents of Coconino County, Arizona.

2. Defendant Re-Creation Retreat, LLC is an Arizona limited liability company and is an "employer" of Plaintiffs for purposes of the Fair Labor Standards Act.

3. Defendant Randy Soderquist is an individual believed to be residing in Kane County, Utah, and is an "employer" of Plaintiffs for purposes of the Fair Labor Standards Act.

4. The acts complained of by Plaintiffs herein occurred in the state of Arizona and Plaintiffs have suffered damages inside the state of Arizona as a result of Defendants' actions.

5. Plaintiffs are formerly employees of Defendants and bring this action to recover back unpaid wages, minimum wages, overtime, liquidated damages, attorney's fees, and costs under the provisions of Section 16(b) of the Fair Labor Standards Act of 1938, as amended (29 USC § 216(b)) referred to as "the act." This court has jurisdiction over the parties and the subject matter of this action pursuant to Section 16(b) of the act (29 USC § 216(b)) and 28 USC § 1331 because the interpretation and application of federal law (Title 29 of the Code of Federal Regulations and the Fair Labor Standards Act) are involved. Venue is proper in the District of Arizona.

6. At all times mentioned herein Defendants owned and operated a business enterprise known as Re-Creation Retreat in the state of Arizona.

7. Plaintiffs were employed by Defendants from approximately March, 2008, through December, 2008.

8. Plaintiffs regularly worked in excess of forty (40) hours weekly. Plaintiff Krystal Taylor, early on in her employment, worked for Defendant's restaurant enterprise being paid tips only and was not paid minimum wage or overtime according to the Fair Labor Standards Act.

9. From May, 2008, through December, 2008, each Plaintiff was paid $1,500.00 monthly, as a flat rate, regardless of the number of hours worked.

10. Given the number of hours worked by Plaintiffs the amount paid is insufficient to meet the guidelines for minimum wage or time and one-half for each and every hour worked in excess of forty (40) hours weekly.

11. Defendants knew, or should have known, that Defendants were required to pay time and one-half for hours in excess of forty (40) hours weekly, and minimum wage for all other hours, which Plaintiffs worked each work week.

### FIRST CAUSE OF ACTION
(Failure to Pay Overtime and Minimum Wage as Required by the Fair Labor Standards Act)

12. Plaintiffs reallege each and every allegation of paragraphs 1-11 as if fully pled herein.

13. Defendants employed Plaintiffs to work regularly in excess of forty (40) hours per week.

14. Plaintiff Krystal Taylor, initially, was compensated only by tips in her capacity as a waitress in Defendant's restaurant operation which was in violation of minimum wage and overtime requirements of the Fair Labor Standards Act.

15. Thereafter, both Plaintiffs were compensated $1,500.00 monthly regardless of number of hours worked. Said amount was insufficient to meet the minimum wage and overtime requirements of the Fair Labor Standards Act.

16. Plaintiffs are entitled to recover minimum wage, overtime at time and one-half the regular rate of pay, for all hours worked in excess of forty (40) hours in a work

3

week while in Defendants' employ.

17. Plaintiffs are entitled to recover a like sum of liquidated damages pursuant to the Fair Labor Standards Act (29 USC § 216(b).

18. As a direct result of Defendants' actions herein Plaintiffs have been required to hire the services of an attorney and are entitled to recover their attorney's fees and costs herein.

Wherefore, Plaintiffs pray for judgment against Defendants as follows:

A. For such general damages including back wages for minimum wage and overtime hours worked for Defendants at one and one-half times the regular rate of pay for each hour worked in excess of forty (40) hours in a work week in an amount to be proved at trial.

B. For an additional amount equal to Plaintiffs' back wages award as liquidated damages pursuant to 29 USC § 216(b).

C. For reasonable attorney's fees and costs accrued and accruing pursuant to 29 USC § 216(b).

D. For judgment interest.

E. For such other and further relief as the court deems just and equitable in the circumstances.

\\

\\

\\

\\

## JURY DEMAND

Plaintiffs hereby demand a jury in all matters at issue.

DATED this _18_ day of May, 2009.

                                                /s/
Michael I. Welker #016081
GALLIAN, WILCOX,
WELKER, OLSON & BECKSTROM, L.C.
965 East 700 South, Suite 305
St. George, UT 84790
Telephone: (435) 628-1682

Attorneys for Plaintiffs